**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:19-cv-24885-GAYLES/OTAZO-REYES**

**YULIAN VALDES, and other similarly situated individuals,**
**YEYNNIS FRESNEDA, and other similarly situated individuals, and**
**RAUL VALDES**,

    Plaintiffs,

v.

**MOJITO CLUB L.L.C., a Florida Limited Liability Company, and**
**HENRY A. LEACE**,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation (the "Report") [ECF No. 58] on the parties' Joint Motion to Approve Settlement and Stipulation of Dismissal with Prejudice (the "Joint Motion") [ECF No. 56]. The Joint Motion was referred to Judge Otazo-Reyes pursuant to 28 U.S.C. § 636(b)(1)(B) for a Report and Recommendation. [ECF No. 54]. On September 25, 2020, Judge Otazo-Reyes issued her Report recommending that the Joint Motion be granted, and this action be dismissed with prejudice. Neither party filed timely objections.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific

findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report, the Court finds no clear error with and agrees with Judge Otazo-Reyes's well-reasoned analysis and conclusion that the Joint Motion should be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation, [ECF No. 58], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

2. The parties' Joint Motion to Approve Settlement and Stipulation of Dismissal with Prejudice, [ECF No. 56], is **GRANTED**;

3. The FLSA Settlement Agreement, [ECF No. 56-1], is **APPROVED**;

4. Pursuant to the parties' FLSA Settlement Agreement, [ECF No. 56-1], a total of $7,550.00 shall be paid in attorney's fees and costs incurred in pursuing the litigation on behalf of Plaintiff Yulian Valdes;

5. Pursuant to the parties' FLSA Settlement Agreement, [ECF No. 56-1], a total of $2,800.00 shall be paid in attorney's fees and costs incurred in pursuing the litigation on behalf of Plaintiff Raul Valdes;

6. This case is **DISMISSED with prejudice** and all pending motions are **DENIED as moot**; and

7. The Court shall retain jurisdiction over this case for thirty (30) days in order to enforce the terms of the FLSA Settlement Agreement. [ECF No. 56-1].

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of October, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE